IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

Gorm Jensen,

    Plaintiff,

vs.

Valspar Corporation and Valspar (Switzerland) Corporation AG,

    Defendants.

FILE NO. 10-CV-00311-PAM-FLN

**ORDER OF DISMISSAL**

Based upon the Notice of Dismissal filed by Plaintiff Gorm Jensen and agreed to by Defendants,

**IT IS HEREBY ORDERED AS FOLLOWS:**

This matter is dismissed with prejudice, without costs or attorneys' fees to any party.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

                BY THE COURT


                s/Paul A. Magnuson
                Honorable Paul A. Magnuson
                Judge of the United States District Court

Dated: June 22, 2010